IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**SIR GIORGIO SANFORD CLARDY,**

        Plaintiff,

    v.

**"JANE" HASCALL, et al.,**

        Defendants.

No. 2:15-cv-02098-CL

OPINION AND ORDER

**MOSMAN, J.**,

On August 12, 2016, Magistrate Judge Clarke issued his Findings and Recommendation ("F&R") [7], recommending that the Court dismiss Mr. Clardy's Complaint [2] *sua sponte* for failure to state a claim. Mr. Clardy objected [14]. Upon careful review, I agree with Judge Clarke's recommendations and I ADOPT the F&R [7] as my own.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon careful review, I agree with Judge Clarke's recommendation and I ADOPT the

F&R [7] as my own opinion. Mr. Clardy's Complaint is dismissed [2] for failure to state a

claim.

IT IS SO ORDERED.

DATED this __21__ day of November, 2016.


MICHAEL W. MOSMAN
Chief United States District Judge